**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICKESHIA DAVENPORT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO.: 24-cv-10784 |
| | ) | |
| VILLAGE OF PARK FOREST, a Municipal | ) | Hon. Franklin Valderrama |
| Corporation; GARRICK ENNS, Individually and as | ) | |
| an Employee of the VILLAGE OF PARK FOREST; | ) | Hon. M. David Weisman |
| REGIS BOWERS, Individually and as an Employee | ) | |
| of the VILLAGE OF PARK FOREST; HAYTHAM | ) | |
| ELYYAN, Individually and as an Employee of the | ) | |
| VILLAGE OF PARK FOREST; and TIM HOSKINS, | ) | |
| Individually and as an Employee of the VILLAGE | ) | |
| OF PARK FOREST, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

The parties, by and through their respective counsel, submit the following Joint Status Report pursuant to ECF No. 37:

The parties are in the process of rescheduling the depositions of the remaining liability fact-witnesses, including DC Vallow, Ofc. Enns, Sgt. Elyyan, Ofc. Bowers, Celina Cobbins, and Jahareel Frazier. On July 15, 2025, counsel for Defendants supplied counsel for Plaintiff with multiple dates for all of the above witnesses (except Frazier, who is uncooperative) prior to August 15, 2025. Both of Plaintiff's attorneys were on trial when that email was sent and they will remain on trial until July 30, 2025, which has delayed setting dates. On July 28, 2025, counsel for Plaintiff selected August 8, 2025 for Ofc. Enns and D.C. Vallow. Due to conflicts, the parties are attempting to get new dates prior to August 15, 2025 for Sgt. Elyyan and Ofc. Bowers before August 15, 2025. The parties also hope to set the depositions of Celina Cobbins and Jahareel Frazier prior to that date.

After completing the aforementioned liability-related fact-witness depositions, Defendants intend to move for summary judgment. All parties are in agreement to stay damages discovery until after receiving a ruling on Defendants' motion for summary judgment. In the event that summary judgment is denied, Defendants anticipate that there will be approximately four to five damage-witness depositions, which will include treating physicians and paramedics. In that time, the parties will also assess the need for retained expert witnesses.

The parties do not have any other issues to raise to the Court and do not need Court intervention at this time.

Respectfully submitted,

PLAINTIFF

By: /s/ Michael Gallagher
Michael L. Gallagher (lead counsel)
Michael Shanahan
Gallagher Law Offices, LLC
161 N. Clark Street, Ste. 3050
Chicago, Illinois 60601
Phone: 312-910-5050
mlg@gallagherinjurylaw.com
mls@gallagherinjurylaw.com
ARDC #6281432

DEFENDANTS

By: /s/ Jonathon R. Sommerfeld
Michael E. Kujawa (lead counsel), ARDC #6244621
Patrick T. Brankin, ARDC #6228896
Jonathon R. Sommerfeld, ARDC #6327628
Schain, Banks, Kenny & Schwartz, Ltd.
70 W. Madison Street, Suite 5400
Chicago, Illinois 60602
Phone: 312-345-5700
mkujawa@schainbanks.com
pbrankin@schainbanks.com
jsommerfeld@schainbanks.com

## CERTIFICATE OF SERVICE

I, the undersigned, on oath, state that this certificate of service and the above **Joint Status Report** was filed on July 28, 2025 with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all e-filing counsels of record in this case.

By: s/ Jonathon R. Sommerfeld