**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICKESHIA DAVENPORT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO.: 24-cv-10784 |
| | ) | |
| VILLAGE OF PARK FOREST, a Municipal | ) | Hon. Franklin Valderrama |
| Corporation; GARRICK ENNS, Individually and as | ) | |
| an Employee of the VILLAGE OF PARK FOREST; | ) | Hon. M. David Weisman |
| REGIS BOWERS, Individually and as an Employee | ) | |
| of the VILLAGE OF PARK FOREST; HAYTHAM | ) | |
| ELYYAN, Individually and as an Employee of the | ) | |
| VILLAGE OF PARK FOREST; and TIM HOSKINS, | ) | |
| Individually and as an Employee of the VILLAGE | ) | |
| OF PARK FOREST, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The parties, by and through their respective counsel, submit the following Joint Status Report pursuant to ECF No. 40:

By the August 15, 2025 deadline, all of the liability fact-witness depositions Defendants needed for summary judgment were completed. ELYYAN was deposed on August 8, 2025, eyewitness Celina Cobbins was deposed on August 11, 2025, and ENNS and BOWERS were deposed on August 14, 2025. Previously, the parties completed the depositions of Plaintiff and HOSKINS. Finally, although Defendants issued a subpoena to the other eyewitness, Jahareel Frazier, he was uncooperative and Defendants are no longer pursuing his deposition.

Now, having completed those depositions, Plaintiff would like to depose additional liability witnesses prior to Defendants' motion for summary judgment, including two nonparty police officers (White and Hanink), members of the Park Forest Fire Department who saw Plaintiff the night of the occurrence, the decisionmaker at the Will County State's Attorney's Office who

dismissed the charges against Plaintiff after the occurrence, and eyewitness Jahareel Frazier. Defendants have no objection to extending the deadline for liability fact-witness depositions for this purpose and filing their motion for summary judgment after those depositions are completed.

The parties do not have any other issues to raise to the Court. The parties can appear for a status hearing on August 27, 2025 at 9:15 a.m. to discuss the discovery schedule if the Court wishes.

Respectfully submitted,

PLAINTIFF

By: /s/ Michael Shanahan
Michael L. Gallagher (lead counsel)
Michael Shanahan
Gallagher Law Offices, LLC
161 N. Clark Street, Ste. 3050
Chicago, Illinois 60601
Phone: 312-910-5050
mlg@gallagherinjurylaw.com
mls@gallagherinjurylaw.com
ARDC #6281432

DEFENDANTS

By: /s/ Jonathon R. Sommerfeld
Michael E. Kujawa (lead counsel), ARDC #6244621
Patrick T. Brankin, ARDC #6228896
Jonathon R. Sommerfeld, ARDC #6327628
Schain, Banks, Kenny & Schwartz, Ltd.
70 W. Madison Street, Suite 5400
Chicago, Illinois 60602
Phone: 312-345-5700
mkujawa@schainbanks.com
pbrankin@schainbanks.com
jsommerfeld@schainbanks.com

## CERTIFICATE OF SERVICE

I, the undersigned, on oath, state that this certificate of service and the above **Joint Status Report** was filed on August 20, 2025 with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all e-filing counsels of record in this case.

By: s/ Jonathon R. Sommerfeld